IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STANLEY KIEFFER,**<br>            **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **CPR RESTORATION & CLEANING SERVICE, LLC,**<br>            **Defendant.** | **NO. 15-3048** |

## O R D E R

**AND NOW**, this 2nd day of August, 2016, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 31), Plaintiff's Response in Opposition thereto (ECF No. 34), and Defendants' Reply in Support thereof (ECF No. 35), **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR** of Defendants and **AGAINST** Plaintiff.

The Clerk of the Court is directed to close this case.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**